**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:           RogersRMR@aol.com

Attorneys for Plaintiff
**KIMBERLEY ROSS**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS, <br><br>             Plaintiff, <br><br>        v. <br><br> GLOBAL WINE COMPANY and JOHN DAVIS, <br><br>             Defendants. | **Case No.:  CV09-06107 CW [ECF]** <br><br> Case filed:         12/31/09 <br> Trial date:          TBA <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE THE DATE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE** <br><br> Date:       01/20/11 <br> Time:       2:00 p.m. <br> Location:  Courtroom 2 |

USDC NO. CV09-06107  CW [ECF] -- STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE THE DATE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE

ROSS
/CMCRESCH.POD

|  |  |
|---|---|
| 1 | The parties hereto stipulate to continue the date for dispositive motions (last date) and a |
| 2 | Case Management Conference from January 20, 2011, to February 3, 2011. |

Respectfully submitted,

Dated: 12-21-10

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 12/21/10

MANNING & MARDER, KASS, ELLROD, RAMIREZ

By: _____

Attorneys for Defendants

IT IS SO ORDERED.

Dated: 12/23/2010            By: _____

JUDGE OF THE U.S. DISTRICT COURT

USDC NO. CV09-06107 CW [ECF] – STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE

ROSS
/CMCRESCH.POD

1