**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:	415/981-9788
Facsimile:	415/981-9798
Email:	RogersRMR@aol.com

Attorneys for Plaintiff
**KIMBERLEY ROSS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL WINE COMPANY and JOHN DAVIS,<br><br>        Defendants. | **Case No.:  CV09-06107 CW [ECF]**<br><br>Case filed:	12/31/09<br>Trial date:	05/31/11<br><br>**PROTECTIVE ORDER RE MEDICAL RECORDS**_____ |

The parties hereto hereby stipulate that Plaintiff's mental health records will be treated with utmost confidentiality. They will be considered "Attorneys Eyes Only," meaning they will be shown only to the parties' attorneys and medical experts retained by said attorneys. This applies to summaries and other recitations of the contents of the mental health records.

This agreement can be modified by the agreement of the parties or by Order of the Court.

Respectfully submitted,

Dated:_____ LAW OFFICE OF RICHARD M. ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:_____ MANNING & KASS ELLROD, RAMIEREZ, TRESTER

By:_____
MADONNA HERMAN
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 3/3/2011       By: *[signature]*

JUDGE OF THE U.S. DISTRICT COURT

USDC NO. CV09-06107 CW [ECF] -- PROTECTIVE ORDER RE MEDICAL RECORDS

ROSS
/PROT.ORD.docx
1