1  Alfred De La Cruz, Esq., SBN 151388
   **MANNING & KASS**
2  **ELLROD, RAMIREZ TRESTER LLP**
   550 West "C" Street, Suite 1900
3  San Diego, CA 92101
   Telephone: (619) 515-0269
4  Facsimile: (619) 515-0268

5  Madonna A. Herman, Esq., SBN 221747
   **MANNING & KASS**
6  **ELLROD, RAMIREZ TRESTER LLP**
   One California Street, Suite 1100
7  San Francisco, CA 94111
   Telephone: (415) 217-6990
8  Facsimile: (415) 217-6999

9  Attorneys for Defendants
   GLOBAL WINE COMPANY and JOHN DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS, | Case No.: 09-CV-06107-CW |
| Plaintiff, | **STIPULATION RE: MENTAL EXAMINATION; ORDER** |
| vs. | Case Filed: December 31, 2009 |
| GLOBAL WINE COMPANY and JOHN DAVIS, | |
| Defendants. | |

The parties stipulate to the following:

A.   Plaintiff will submit to a Comprehensive Psychiatric Examination (IME) by John Greene, M.D. The examination will be limited to an evaluation of plaintiff's claimed emotional distress. The examination will consist of two parts:

   1)   An oral examination, including:

       i.   taking a complete history (Family History, Educational History, Social History, Past Medical History, Past Psychological/Psychiatric History, Employment, Legal History, the Incident, Subsequent Clinical Course and Psychological/Psychiatric Treatment); and

-1-

      ii. an oral mental status examination (specific questions to assess mental functioning, mood, affect, capacity for abstraction, judgment, etc.).

   2) The administration of three psychological test instruments:

      i. The MMPI-2 (Minnesota Multiphasic Personality Inventory – 2);

      ii. The MCMI-III (Millon Clinical Multiaxial Inventory – III); and

      iii. The Rotter Incomplete Sentences Blank.

The estimated time for the Comprehensive Psychiatric Examination (IME) is 4-6 hours: 2-3 hours for the oral examination, and 2-3 hours for the psychological testing – depending on the examinee's pace.

No one other than the examinee is entitled to be present during the examination (per C.C.P. 2032.530(b), as well as *Edwards v. Superior Court* (1976) 16 Cal. 3d 905, 911-912 and *Vinson v. Superior Court* (1987) 43 Cal. 3d 833, 845-846).

Dated: March __, 2011

                MANNING & KASS
                ELLROD, RAMIREZ TRESTER LLP

                By: _____
                   Madonna A. Herman

                Attorneys for Defendant,
                GLOBAL WINE COMPANY and
                JOHN DAVIS

| | | |
|---|---|---|
| 1 | Dated: March 16, 2011 | **LAW OFFICES OF RICHARD M. ROGERS** |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Richard M. Rogers_ |
| 5 | | Richard M. Rogers |
| 6 | | Attorneys for Plaintiff, KIMBERLEY ROSS |
| 7 | | |
| 8 | IT IS SO ORDERED. | |
| 9 | | |
| 10 | Date: 3/31/2011 | _/s/ Claudia Wilken_ |
| | | United States District Judge |

-3-

D:\docsdata\mah\Ross v. Global Wine\Pleadings\StipReMentalExam.wpd

STIPULATION RE: MENTAL EXAMINATION