IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEY ROSS,

    Plaintiff,

  v.

GLOBAL WINE COMPANY and JOHN DAVIS,

    Defendants.
_____/

No. C 09-06107 CW

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR LEAVE TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE (Docket No. 36)

    Defendants Global Wine Company and John Davis move to re-open discovery for a limited purpose.  They point to two letters Plaintiff Kimberley Ross sent to Dr. David Browne, her psychologist, in which she discusses how he should respond to Defendants' subpoena for documents and their questions at his deposition.  Defendants seek leave to depose Plaintiff regarding "issues surrounding her preparation of the documents that were sent to Dr. Browne (including authenticating those documents) and any other similar communications that she may have had with other witnesses" and to depose "other witnesses who may be disclosed during plaintiff's renewed deposition."  Defs.' Mot. 5:9-14.  Plaintiff stipulates "to the authenticity of the notes," but opposes any inquiry by Defendants into whether she influenced her previous employers not to disclose her personnel files, which she asserts are not relevant.  Pl.'s Opp'n 1.

    Having considered the papers submitted by the parties, the Court GRANTS in part Defendants' motion and DENIES it in part.

(Docket No. 36.)  Defendants have established good cause to depose Plaintiff regarding the two letters included in Exhibit A of Defendants' motion and whether she had any similar communications with other relevant witnesses.  Defendants have not established the need to take any other discovery.

Defendants shall have until April 27, 2011 to take Plaintiff's deposition on this limited issue.  Plaintiff shall cooperate with Defendants in the scheduling of her deposition.

IT IS SO ORDERED.

Dated: **4/15/2011**

CLAUDIA WILKEN
United States District Judge

2