UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLEY ROSS, | ) | No. C09-6107 CW (BZ) |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER RE OVERDUE PAPERS** |
| GLOBAL WINE COMPANY, | ) | |
| Defendant(s). | ) | |

TO: Defendant(s) and their attorney(s) of record:

On 3/14/2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for 4/22/2011.  Your statement was due 4/15/2011. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: April 18, 2011

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\ROSS V. GLOBAL WINE DEF'S LATE PAPERS.wpd

1