Alfred De La Cruz, Esq., SBN 151388
**MANNING & KASS**
**ELLROD, RAMIREZ TRESTER LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Madonna A. Herman, Esq., SBN 221747
**MANNING & KASS**
**ELLROD, RAMIREZ TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants
GLOBAL WINE COMPANY and JOHN DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL WINE COMPANY and JOHN DAVIS,<br><br>　　　　　Defendants. | Case No.: 09-CV-06107-CW<br><br>**DEFENDANTS GLOBAL WINE COMPANY AND JOHN DAVIS' REQUEST FOR THEIR INSURANCE ADJUSTER'S APPROVAL TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**<br><br>DATE:　　April 22, 2011<br>TIME:　　9:00 a.m.<br>DEPT:　　G<br>JUDGE:　Mag. Judge Bernard Zimmerman<br><br>Case Filed:　December 31, 2009 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE: Defendants Global Wine Company and John Davis ("GWC") hereby request permission for their insurance adjuster appear telephonically at the Settlement Conference scheduled at 9:00 a.m. on Friday, April 22, 2011. GWC's insurance adjuster is located in New Jersey. GWC's insurance adjuster would be required to fly from New Jersey in order to attend the hearing, at great expense to GWC. Therefore, counsel for GWC submits this request in an effort to conserve the time and resources of their client, and assures the Court that a telephonic

appearance will satisfy the interests of all Parties and the Court.

Dated:   April 15, 2011

**MANNING & KASS**
**ELLROD, RAMIREZ TRESTER LLP**

By: _____
Madonna A. Herman

Attorneys for Defendant,
GLOBAL WINE COMPANY and
JOHN DAVIS

GRANTED.

No opposition filed.

Dated:  4/21/2011

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Bernard Zimmerman]*

-2-

D:\docsdata\mah\Ross v. Global Wine\Pleadings\Req4TeleApprovalCarrierMSC.wpd

REQUEST FOR APPROVAL TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE