IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS, | No. C 09-06107 CW |
| Plaintiff, | ORDER DISMISSING CLAIMS AGAINST DEFENDANT JOHN DAVIS |
| v. | |
| GLOBAL WINE COMPANY and JOHN DAVIS, | |
| Defendants. | |

In their separate pretrial conference statements, Plaintiff Kimberley Ross and Defendant Global Wine Company indicate that Defendant John Davis should be dismissed as a Defendant in this action. Pursuant to the parties' statements, the Court DISMISSES Plaintiff's claims against Davis.

IT IS SO ORDERED.

Dated: 5/4/2011

CLAUDIA WILKEN
United States District Judge