IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL WINE COMPANY and JOHN DAVIS,<br><br>    Defendants.<br>_____/ | No. C 09-06107 CW<br><br>ORDER CONCERNING DEFENDANT'S COUNSEL'S ATTENDANCE AT FINAL PRETRIAL CONFERENCE |

    A final pretrial conference for this action was set for May 3, 2011.  At 11:28 a.m., approximately two-and-half hours before the conference was to be held, counsel for Defendant Global Wine Company filed a declaration, stating that she was not able to attend.  She indicated she could attend a conference on, among other dates, May 24, 2011.  The conference was thereby continued to May 24, 2011 at 2:00 p.m.  Counsel for Defendant has now filed another declaration, indicating that she does not believe that she will be available for the final pretrial conference set for May 24, 2011.

    The attorney who will be lead counsel and trying this case on behalf of Global Wine Company shall appear at the May 24, 2011 final pretrial conference.  Counsel's failure to appear will result

in the imposition of sanctions. Further, any future request for relief shall be presented by motion. Civ. L.R. 7-1(a). Freestanding declarations are not sufficient.

IT IS SO ORDERED.

Dated:

CLAUDIA WILKEN
United States District Judge