IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEY ROSS,

    Plaintiff,

  v.

GLOBAL WINE COMPANY and JOHN DAVIS,

    Defendants.
                                   /

No. C 09-06107 CW

ORDER DENYING PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL DATE

    A seven-day jury trial is scheduled to begin on May 31, 2011 at 8:30 a.m.  This trial date was set on April 27, 2010.

    The parties have filed a stipulated request to continue the trial date to the week of July 5, 2011.  They point to trials in which their counsel are involved.  However, the state court docket sheet in <u>Froncillo v. Contemporary Services Corporation</u>, Case No. CGC-08-483611 (S.F. Super. Ct.), the case which Defendant Global Wine Company's counsel is also litigating, indicates that the parties in that action agreed on February 10, 2011 to continue the trial date to May 2, 2011.  Thus, Defendant's counsel knew at the time the <u>Froncillo</u> trial was continued that there could be a conflict with the long-standing trial date in this action. Further, the parties in <u>Froncillo</u> estimated that trial would last approximately four to ten days; by the <u>Froncillo</u> parties' estimate, that trial should be complete before the trial in this action begins.  Plaintiff Kimberley Ross's counsel does not state the name of the other case in which he is involved, whether the trial date in that action was set before the date in this action or when the

1 other trial is expected to end.

2 The parties do not establish good cause for their requested
3 continuance. Even if they did, their proposed trial date is not
4 available, as stated on the Court's public calendar.

5 Accordingly, the parties' stipulated request is DENIED.

6 IT IS SO ORDERED.

Dated: May 13, 2011

CLAUDIA WILKEN
United States District Judge