IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS,<br><br>      Plaintiff,<br><br>  v.<br><br>GLOBAL WINE COMPANY and JOHN DAVIS,<br><br>      Defendants.<br>_____/ | No. C 09-06107 CW<br><br>ORDER CONCERNING PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL DATE |

    A seven-day jury trial is scheduled to begin on May 31, 2011 at 8:30 a.m.  This trial date was set on April 27, 2010.  The parties have now filed a second stipulated request to continue the trial date.

    The pretrial conference set for May 24, 2011 will be held, as scheduled.  The parties' request will be discussed at that conference.

    IT IS SO ORDERED.

Dated: **5/19/2011**

                                      CLAUDIA WILKEN
                                      United States District Judge