IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL WINE COMPANY and JOHN DAVIS,<br><br>    Defendants.<br>_____/ | No. C 09-06107 CW<br><br>ORDER CONCERNING DEFENDANT GLOBAL WINE COMPANY'S COUNSEL'S APPEARANCE AT FINAL PRETRIAL CONFERENCE |

    A final pretrial conference is scheduled to be held today, May 24, 2011, at 2:00 p.m.  This morning, Defendant Global Wine Company's counsel filed a declaration, stating that she has been ordered to remain within ten to fifteen minutes of the San Francisco County Superior Court until the jury in <u>Froncillo v. Contemporary Services Corporation</u> reaches its verdict.  In her declaration, counsel asks this Court to continue the final pretrial conference in this case to August 9, 2011 or August 16, 2011.  Counsel's request is DENIED.

    Counsel shall appear at today's final pretrial conference by telephone via CourtCall.  She shall make arrangements with CourtCall pursuant to the instructions attached to this Order.  If counsel is released by the superior court, she shall proceed to this courtroom and appear in person.  Counsel's failure to appear, either telephonically or in person, will result in the imposition of sanctions.

If he so chooses, counsel for Plaintiff Kimberley Ross may appear telephonically.

IT IS SO ORDERED.

Dated: May 24, 2011

CLAUDIA WILKEN
United States District Judge