1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@aol.com

5  Attorneys for Plaintiff
   **KIMBERLEY ROSS**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ROSS, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL WINE <br><br> Defendant. | Case No.:  CV09-06107 CW [ECF] <br><br> Case filed:    12/31/09 <br> Trial date:    05/31/11 <br><br> **STIPULATION TO DISMISSAL OF ACTION; ORDER** |

1     Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action
2 with prejudice, pursuant to a Settlement Agreement.

                                                                                            Respectfully submitted,

Dated: 6-15-11                       LAW OFFICE OF RICHARD M. ROGERS

                                                         By: _____
                                                                RICHARD M. ROGERS
                                                                Attorneys for Plaintiff

Dated: 7/20/11                       MANNING & KASS ELLROD,
                                                                RAMIEREZ, TRESTER

                                                           By: _____
                                                                MADONNA HERMAN
                                                               Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: 7/21/2011                    By: _____
                                                               JUDGE OF THE U.S. DISTRICT COURT